

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-24-2012

# n v. In Re: John Pickering-George

Precedential or Non-Precedential: Non-Precedential

Docket No. 11-1065

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"n v. In Re: John Pickering-George" (2012). *2012 Decisions*. Paper 677.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/677

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

HLD-083 (January 2011)                                    NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-1065
_____

IN RE:  JOHN T. PICKERING-GEORGE (ADOPTED) JOHN R. DALEY, JR.,
Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of Delaware
(Related to D. Del Civ. No. 10-cv-00313)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
January 31, 2011
Before:  MCKEE, <u>Chief Judge</u>, ALDISERT AND WEIS <u>Circuit</u> <u>Judges</u>

(Opinion filed:  July 24, 2012)
_____

OPINION
_____

PER CURIAM

    In April 2010, John Pickering-George filed an action in the United States District

Court for the District of Delaware, apparently seeking "disbursement" of various

documents.  The District Court issued an order directing Pickering-George to complete

an in forma pauperis ("IFP") application or pay the filing fee within 21 days, warning that

failure to do so would result in dismissal of the case (the "fee order").  Pickering-George

failed to comply with the fee order, and the District Court dismissed the case without

prejudice by order entered July 1, 2010. On August 23, 2010, Pickering-George filed a motion for reconsideration, alleging that he did not receive the fee order. The case was reassigned to Judge Leonard P. Stark on August 25, 2010.

In January 2011, Pickering-George filed a petition for a writ of mandamus in this Court, complaining about the District Court's "failure to respond" to his motion for reconsideration. Subsequent to the filing of his mandamus petition, the District Court granted Pickering-George's motion for reconsideration, permitting him to pay the filing fee or submit an IFP application within 21 days. Pickering-George complied with that order and filed an IFP application. The District Court granted that application by order entered March 4, 2011. Because the District Court has provided the relief that Pickering-George sought in his mandamus petition, we will deny that petition as moot.